IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-00550-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 16, 2013 | Courtroom Deputy: Courtni Covington |

*Parties:* | *Counsel:*

2010-1 RADC/CADC VENTURE, LLC, | Lino S. Lipinsky de Orlov

    Plaintiff,

v.

KAVEH BRAL., *et al.*, | Matthew Nelson

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in session: 1:29 p.m.**
Court calls case. Appearances of counsel. Previous counsel for Defendant Rolf Julius von Merveldt is present.

This matter is before the court regarding **[28] Plaintiff's Motion to Compel Interrogatory Responses from Defendant Kveh Bral and to Strike Defendants' Untimely Objections**.

Counsel for Plaintiff presents oral argument and engages in discussion with the court. Relevant case law cited.

The court notes the interrogatories were overbroad but Defense counsel's responses cannot be defended.

Defense counsel presents oral argument in opposition to the motion and engages in discussion with the court.

The court proposes Defendants produce all responsive documents within 7 calendar days from today's date and would extend the discovery deadline for two weeks for the limited purpose of reopening depositions. Defendants would be required to make themselves available for and be responsible for the cost of those depositions.

Counsel for Plaintiff states he would be in agreement with that proposal and would forgo answers to the contentious interrogatories. Counsel for Defendants request that if no new discovery is produced that the depositions not be reopened. The court states it believes Plaintiff's counsel has the right to conduct the depositions regardless if new discovery is produced.

**ORDERED:** Defendants will be required to produce all non-privileged documents responsive to previously served requests for production **within 7 calendar days of today's date**. Defendants are required to be available for depositions at a mutually convenient time to take place in Colorado. Depositions should be competed **no later than October, 7, 2013.**

**ORDERED:** The discovery deadline is extended for the limited purpose of reopening the two depositions. In all other respects, the discovery cut-off remains in place. The dispositive motion deadline will not be extended.

**ORDERED:** The Defendants, not their counsel, will be required to pay for the cost of the court reporter for the depositions.

The court notes it is not precluding the possibility of reasonable sanctions under Rule 26(g)(3), but wants to see first how the depositions are conducted and if counsel use their time efficiently.

Defense counsel requests that the depositions be limited to a half day. The court notes the length of the depositions will depend on the number of documents that are produced but counsel should advise his clients that they should conduct a diligent, thorough search. The court proposes counsel should wait until the documents are produced and based on that, attempt to reach an agreement on a time limitation for the depositions.

The court notes in light of the discussion today, it is requiring the Defendants to supplement document production because it finds Defendants failed to comply with their Rule 26(g) certification obligation. Based on that finding, the court, on its own motion, is entering the previously described order.

Because Plaintiff's counsel is forgoing answers to the contentious interrogatories, the untimely objection in their Motion is moot.

**ORDERED:** Plaintiff's Motion to Compel Interrogatory Responses from Defendant Kveh Bral and to Strike Defendants' Untimely Objections [Doc. No. 28, filed 6/28/2013] as amended by Doc. No. 31 is **DENIED**. The motion is denied to the extent it seeks to compel interrogatory responses because that relief for request has been superseded by the court's order.

HEARING CONCLUDED.     **Court in recess**: **2:34 p.m.**     Total time in court:   01:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.