UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-00550-WYD-CBS

2010-1 RADC/CADC VENTURE, LLC,

     Plaintiff,

v.

KAVEH BRAL, and,
HASHEM MIKAIL,

     Defendants.

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     THIS MATTER is before the Court on the defendants' Withdrawl Of Motion To Dismiss [ECF No. 50] and Withdrawal Of Motion To Change Venue [ECF No. 51].  After careful consideration, it is

     ORDERED that the defendants' motions [ECF Nos. 50 & 51] are **GRANTED**, and the defendants' Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2), 12(b)(4), and 12(b)(5) [ECF No. 12] and Motion To Change Venue Pursuant To 28 U.S.C. § 1404(a) [ECF No. 26] are **WITHDRAWN**.

     Dated:  October 22, 2013.