IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-00550-WYD-CBS

2010-1 RADC/CADC VENTURE, LLC,

    Plaintiff,

v.

KAVEH BRAL, and
HASHEM MIKAIL,

    Defendants.
_____

## ORDER
_____

    On January 30, 2014, Magistrate Judge Shaffer issued a Final Pretrial Order [ECF No. 63]. As such, this case is ripe for a trial setting. Therefore, it is

    ORDERED that a five-day jury trial is set to commence on **Monday, February 23, 2015, at 9:00 a.m. in Courtroom A-1002**. It is

    FURTHER ORDERED that a Trial Preparation Conference is set for **Thursday, January 29, 2015, at 10:00 a.m. in Courtroom A-1002**.

    The parties are reminded to review and comply will all directives set forth in my PRACTICE STANDARDS with respect to trial preparation.

    Dated: February 7, 2014.

                                     BY THE COURT:

                                     /s/ Wiley Y. Daniel
                                     Wiley Y. Daniel
                                     Senior U. S. District Judge