IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-cv-00550-WYD-CBS

2010-1 RADC/CADC VENTURE, LLC,

    Plaintiff,

vs.

KAVEH BRAL and HASHEM MIKAIL,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

COME NOW R. Parker Semler and Matthew Nelson of the law firm of Semler & Associates, P.C., pursuant to D.C.COLO.LCivR 83.3(D), and respectfully request the Court to permit them to withdraw as counsel for Defendants Kaveh Bral and Halston Mikail in this action. In support of their Motion to Withdraw, counsel state as follows:

1. Other than to say that their request is based in part on the Defendants' failure to communicate with them over an extended period of time, counsel are not able to state the reasons for withdrawal because to do so would violate the rules of professional conduct.

2. As evidenced by the attached Certificate of Service, counsel have served a copy of this Motion to Withdraw on all counsel of record and on Defendants.

3. By service of this Motion, counsel hereby warn Defendants that they are personally responsible for complying with all court orders and time limitations established by any applicable rules.

4.  In this regard, Defendants must respond to Plaintiff's updated calculation of damages by September 3, 2014. Plaintiff has not yet filed that damages calculation.

5.  In addition, the Court will hold a hearing on the issue of damages and attorney fees on October 9, 2014 at 10:00 a.m. in Courtroom A-1002 of the Alfred A. Arraj Courthouse, 901 19th Street Denver, CO 80294.

6.  No other deadlines or time limitations have been established in the case at this point.

WHEREFORE, R. Parker Semler and Matthew Nelson respectfully request the Court to permit them to withdraw as counsel for Defendants Kaveh Bral and Halston Mikail in this action.

Dated this 21st day of August 2014.

SEMLER & ASSOCIATES, P.C.

By: s/ Matthew Nelson
R. Parker Semler
Matthew Nelson
Semler & Associates, P.C.
1775 Sherman St., Suite 2015
Denver, CO 80203
Phone: (303) 839-1680
Fax: (303) 839-1642
parker@semlerlaw.com
matt@semlerlaw.com

*Attorneys for Defendants, Kaveh Bral and Halston Mikail*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August 2014, a true and correct copy of the foregoing DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT was filed using the CM/ECF system, which will automatically serve the following counsel by electronic mail:

>Lino S. Lipinsky de Orlov, Esq.
>McKenna Long & Aldridge LLP
>1400 Wewatta Street, Suite 700
>Denver, CO 80202

I also certify that a true and correct copy of the foregoing motion was also served on the following by electronic mail:

>Halston Mikail
>Wilshire Capital Group
>3691 Lenawee Ave.
>Los Angeles, CA 90016
>halston@wilshirecapitalusa.com

>Kevin Bral
>13030 Evanston St.
>Los Angeles, CA 90049
>kevin@kevinjewelers.com

>>s/ Matthew Nelson