IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-00550-WYD-CBS

2010-1 RADC/CADC VENTURE, LLC,

    Plaintiff,

v.

KAVEH BRAL and
HASHEM MIKAIL,

    Defendants.

---

## ORDER

---

THIS MATTER is before the Court on the parties' Stipulation Regarding Damages and Joint Motion to Vacate Damages Hearing (ECF No. 78), filed October 2, 2014. On July 30, 2014, Venture's Motion for Summary Judgment was granted and Venture was directed to submit an updated calculation of its damages. *See* (ECF No. 65). Venture submitted its Updated Damages Calculation and Statement of Attorney Fees (ECF No. 66) on August 20, 2014. Venture submitted a Revised Updated Damages Calculation and Statement of Attorney Fees (ECF No. 77) on September 19, 2014.

The parties' stipulate and agree that final judgment should be entered in favor of Venture and against Defendants, in the amount of $18,100,000.00, and that post-judgment interest shall accrue thereon at the rate of $3,994.80 per diem. Accordingly, it is

ORDERED that final judgment is entered in favor of Venture and against Defendants, jointly and severally, in the amount of $18,100,000.00, together with post-judgment interest thereon at the rate of $3,994.80 per diem.   It is

FURTHER ORDERED that the hearing on damages and attorney fees set for Thursday, October 9, 2014, at 10:00 a.m. in Courtroom A-1002, is **VACATED**.

Dated:   October 2, 2014.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE