IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-00550-WYD-CBS

2010-1 RADC/CADC VENTURE, LLC,

    Plaintiff,

v.

KAVEH BRAL and
HASHEM MIKAIL,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on October 2, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Plaintiff, 2010-1 RADC/CADC Venture, LLC, and against Defendants, Kaveh Bral and Hashem Mikail, in the amount of $18,100,000.00, and that post-judgment interest shall accrue thereon at the rate of $3,994.80 per diem.  It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this <u>2nd</u> day of October, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

<u>/s/ Robert R. Keech</u>
Robert R. Keech,
Deputy Clerk