IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00550-WYD-CBS

2010-1 RADC/CADC VENTURE, LLC,

    Plaintiff,

v.

KAVEH BRAL and
HASHEM MIKAIL,

    Defendants.

## SATISFACTION OF JUDGMENT

On October 2, 2014, this Court entered a final judgment (the "Judgment") in the amount of $18,100,000.00, together with post-judgment interest thereon at the rate of $3,994.80 per diem, in favor of plaintiff, 2010-1 RADC/CADC Venture, LLC (the "Venture"), and against defendants, Kaveh Bral and Hashem Mikail ("Defendants"), jointly and separately. *See* Final Judgment (ECF No. 79) at 2.

The Venture acknowledges that Defendants have fully satisfied the Judgment.

The Venture hereby authorizes the Clerk of this Court to enter of record a full and unconditional satisfaction of judgment in this action.

Dated this 17th day of February, 2015.

/s/ *Lino S. Lipinsky de Orlov*
Lino S. Lipinsky de Orlov
MCKENNA LONG & ALDRIDGE LLP
1400 Wewatta Street, Suite 700
Denver, Colorado 80202
(303) 634-4000

ATTORNEYS FOR PLAINTIFF,
2010-1 RADC/CADC VENTURE, LLC

COUNTY OF DENVER         )
                         ) ss.
STATE OF COLORADO        )

The foregoing Satisfaction of Judgment was subscribed and sworn before me this 17th day of February, 2015 by Lino S. Lipinsky de Orlov, in his capacity as counsel of record for 2010-1 RADC/CADC Venture, LLC.

Witness my hand and official seal.

My Commission Expires: 9/17/2018

LISA F. KING
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934011531
MY COMMISSION EXPIRES SEPTEMBER 17, 2018

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2015, a true and correct copy of the foregoing **SATISFACTION OF JUDGMENT** was electronically filed with the clerk of court using the CM/ECF System, which will send notification of such filing to the following:

> Mathew Nelson, Esq.
> P. Parker Semler, Esq.
> SEMLER & ASSOCIATES, P.C.
> 1775 Sherman Street, Suite 2015
> Denver, CO  80203
> matt@semlerlaw.com
> parker@semlerlaw.com

> /s/ *Lino S. Lipinsky de Orlov*
> Lino S. Lipinsky de Orlov

DN 32284654.1